**Opinion filed February 26, 2009**



## In The

# Eleventh Court of Appeals

_____

### No. 11-09-00002-CV

_____

## KEITH RUSSELL JUDD, Appellant

## V.

## KAREN Y. COREY-STEELE, Appellee

**On Appeal from the County Court at Law No. 2**

**Ector County, Texas**

**Trial Court Cause No. CC2-20,222**

### M E M O R A N D U M   O P I N I O N

Keith Russell Judd failed to comply with TEX. R. APP. P. 20.1 when he filed his pro se notice of appeal. Judd has filed numerous motions with this court attempting to proceed with his appeal without paying costs. None of these motions comply with Rule 20.1, and each are overruled.

Judd has filed in this court multiple responses and briefs supporting this appeal. He continues to challenge the 1997-98 proceedings he initiated concerning his relationship with Karen Y. Corey-Steele. None of his contentions comply with the requirements of Rule 20.1. All of his contentions are overruled.

Judd was directed to file in this court the clerk's record and the requisite filing fee on or before February 13, 2009. Judd has failed to file either. The clerk of the trial court has informed this court in writing that Judd has failed to make the necessary arrangements to pay for the clerk's record. Therefore, failure to file the clerk's record is due to Judd's actions. TEX. R. APP. P. 37.3(b).

The appeal is dismissed.

PER CURIAM

February 26, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2